# MICHAEL L. WALKER
ATTORNEY AT LAW

9052 Fort Hamilton Parkway  
Second Floor Suite  
Brooklyn, New York 11209

Tel (718) 680-9700  
Fax (718) 680-2025  
mwalker@michaelwalkerlaw.com

www.michaelwalkerlaw.com

September 24, 2018

**VIA ECF**  
The Hon. Carla E. Craig  
United States Bankruptcy Court  
Eastern District of New York  
271 Cadman Plaza East  
Brooklyn, New York

**Re:**       **Perez V. Miriam Perez**  
**Case No.'s:   16-01184, 16-40058**

Dear Judge Craig:

We represent the Debtor, Rosa Perez, in the above referenced cases. We are writing to inform the Court that all parties are working on finalizing a settlement agreement reached after mediation. The parties are requesting a consensual adjournment of the status conference scheduled for September 26, 2018 at 3:30 pm. The parties are asking for this matter to be adjourned to December 5, 2018 at 2:00 pm.

Thank you for your kind consideration. Please contact our office with any questions or concerns.

Very truly yours,  
MICHAEL L. WALKER, ESQ.

_____  
Michael L. Walker